

# 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Michael Bryan Castillo,

Vs. No. 11-23-00180-CR

The State of Texas,

\* From the 70th District Court
of Ector County,
Trial Court No. A-22-1278-CR.

\* September 19, 2024

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

     This court has inspected the record in this cause and concludes that there is no error in the judgments below.   Therefore, in accordance with this court's opinion, the judgments and order of the trial court are in all things affirmed.